

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00786-CV

**IN THE ESTATE OF LUELLA C. HARDIE**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2008-PC-2790
Honorable Tom Rickhoff, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant Don C. Reser.

It is so **ORDERED** on March 25, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle, Clerk